**HUFFMAN COAL COMPANY, Movant, v. RUSSELL VANOVER, Opposed.**

Court of Appeals of Kentucky.

Dec. 18, 1945.

Rehearing Denied March 22, 1946.

Francis M. Burke for movant.

E. J. Picklesimer for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.